**BILLIE LM ADDLEMAN, #6-3690**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com

**MELISSA Z. BARIS,** admitted *pro hac vice*
Husch Blackwell, LLP
190 Carondelet Plaza, Suite 600
St. Louis MO  63105
Phone: (314) 480-1901
Fax: (301) 480-1505
Melissa.Baris@huschblackwell.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| PERRY STUDY, | } | |
| Plaintiff, | } } } | |
| vs. | } } } | Civil No. 19-CV-211-SWS |
| PEABODY INVESTMENTS CORP. AND AFFILIATES WELFARE BENEFIT PLAN, and LINCOLN FINANCIAL GROUP, d/b/a LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | } } } } } } } } | |
| Defendants. | } | |

## *NOTICE OF COMPLEXITY OF CIVIL CASE*

Pursuant to U.S.D.C. Local Rule 16.4, Defendant Peabody Investments Corp. and

Affiliates Welfare Benefit Plan hereby notifies the Court and opposing parties that the above-

named civil case is:

_x_ NON-COMPLEX           _____ COMPLEX

Dated: 3 January 2020.

PEABODY INVESTMENTS CORP. AND
AFFILIATES WELFARE BENEFIT PLAN,
Defendant

BY: _____
**BILLIE LM ADDLEMAN, #6-3690**
OF HIRST APPLEGATE, LLP
Attorneys for above-named Defendant
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
baddleman@hirstapplegate.com

**MELISSA Z. BARIS,** admitted *pro hac vice*
Husch Blackwell, LLP
190 Carondelet Plaza, Suite 600
St. Louis MO  63105
Phone: (314) 480-1901
Fax: (301) 480-1505
Melissa.Baris@huschblackwell.com

HIRST APPLEGATE, LLP
LAW OFFICES
P.O. BOX 1083
CHEYENNE, WYOMING 82003-1083

– 2 –

## CERTIFICATE OF SERVICE

I certify the foregoing *Notice of Complexity of Civil Case* was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 3 January 2020, and that copies were served as follows:

Jessica Rutzick
Jessica Rutzick & Associates, PC
P.O. Box 1867
Wilson, WY 83014
*Attorney for Plaintiff*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☑ E-FILE

Andrew M. Morse, #6-4014
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Salt Lake City, Utah 84111
Email: amm@scmlaw.com
*Attorney for Defendant Lincoln Financial*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☑ E-FILE

Iwana Rademaekers
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
*Attorney for Defendant Lincoln Financial*

☐ U.S. MAIL
☐ FED EX
☐ FAX
☐ HAND DELIVERED
☐ EMAIL
☑ E-FILE

OF HIRST APPLEGATE, LLP
Attorneys for Defendant