Andrew M. Morse, #6-4014
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Salt Lake City, Utah  84111
PH:  (801) 521-9000
FX:  (801) 363-0400
Email:  amm@scmlaw.com

Iwana Rademaekers
*(Admitted Pro Hac Vice)*
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

COUNSEL FOR DEFENDANT, LINCOLN
FINANCIAL GROUP d/b/a LIBERTY LIFE
ASSURANCE COMPANY OF BOSTON

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

|  |  |
|---|---|
| PERRY STUDY, §<br>§<br>§<br>Plaintiff §<br>§<br>vs. §<br>§<br>PEABODY INVESTMENTS CORP. AND §<br>AFFILIATES WELFARE BENEFIT PLAN, §<br>and LINCOLN FINANCIAL GROUP d/b/a §<br>LIBERTY LIFE ASSURANCE §<br>COMPANY OF BOSTON, §<br>§<br>Defendants. § | CIVIL NO. 2:19cv00211-SWS |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Perry Study and Defendants Peabody Investments Corp. and Affiliates Welfare

Benefit Plan and Lincoln Financial Group d/b/a Liberty Life Assurance Company of Boston file

this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendants no longer desire to litigate this action.

Accordingly, Plaintiff and Defendants stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendants request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated the 29th day of July 2020.

Respectfully submitted,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By:    /s/ *Iwana Rademaekers*
          Iwana Rademaekers
          *(*Admitted *Pro Hac Vice)*

COUNSEL FOR DEFENDANT, LINCOLN
FINANCIAL GROUP d/b/a LIBERTY LIFE
ASSURANCE COMPANY OF BOSTON

AND

HIRST APPLEGATE, LLP

By:    /s/Billie Addleman
          Billie LM Addleman, #6-3690
          P. O. Box 1083
          Cheyenne, WY 82003-1083
          Phone: (307) 632-0541
          Email:  baddleman@hirstapplegate.com

    - and -

HUSCH BLACKWELL LLP

By:    /s/ Melissa Z. Baris
          Melissa Z. Baris, admitted *pro hac vice*
          190 Carondelet Plaza, Suite 600
          Saint Louis, MO 63105-3433
          Phone: (314)480-1901
          Email:  melissa.baris@huschblackwell.com

COUNSEL FOR DEFENDANT PEABODY
INVESTMENTS CORP. AND AFFILIATES
WELFARE BENEFIT PLAN

**AND**

JESSICA RUTZICK & ASSOCIATES, P.C.

By:   /s/ Jessica Rutzick

Jessica Rutzick
Bar No. 6-3126
Post Office Box 1867
Wilson, WY 83014
(307) 733-8140
Email:  jrutzick@rutzicklaw.com

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, District of Wyoming, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record:

Jessica Rutzick
E-mail: jrutzick@rutzicklaw.com

Melissa Z. Baris
Email: melissa.Bbaris@hunschblackwell.com

Billie L M Addleman
Email:  baddleman@hirstapplegate.com

Dated:   July 29, 2020          By:  /s/ *Iwana Rademaekers*

Iwana Rademaekers, Esq.